

United States District Court
Eastern District of California

Toan Van Quach

Plaintiff(s)

V.

Chistropher Chestnut

Defendant(s)

Case Number: 1:26-cv-05051-DAD-AC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Carmen Di Amore-Siah _____ hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
Toan Van Quach

On _____10/12/1989_____ (date), I was admitted to practice and presently in good standing in the
_____State of Hawai'i courts_____ (court).  A certificate of good standing from that court is
submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice
application to this court.  (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

_____

_____

Date:_____07/01/2026_____     Signature of Applicant: /s/ __Carmen Di Amore-Siah__

U.S. District Court – Pro Hac Vice Application                                    Page 1
Revised July 6, 2021

**Pro Hac Vice Attorney**

Applicant's Name: Carmen Di Amore-Siah

Law Firm Name: Law Office of Carmen Di Amore-Siah

Address: 820 S. Beretania Street

Suite 200

City: Honolulu    State: HI    Zip: 96813

Phone Number w/Area Code: (808) 531-2277

City and State of Residence: Honolulu, Hawaii

Primary E-mail Address: carmen@immigrateus.com

Secondary E-mail Address: cdslaw2020@mail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Steven Tom Barta

Law Firm Name: Law Offices of Steven T. Barta

Address: Century Square

1188 Bishop Street, Suite 3405

City: Honolulu    State: HI    Zip: 96813-3314

Phone Number w/Area Code: (808) 533-7330    Bar # 108207

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 6, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE